SULLIVAN, HILL, LEWIN, REZ & ENGEL  
A Professional Law Corporation  
  Christine A. Roberts, NV SBN 6472  
228 South Fourth Street, First Floor  
Las Vegas, NV 89101  
Telephone: (702) 382-6440  
Fax Number: (702) 384-9102  
Email: roberts@shlaw.com  

Electronically Filed 7/30/08

Attorneys for Chapter 7 Panel Trustee, James F. Lisowski, Sr.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>RAYMOND T. STRATTON<br><br>    Debtor(s). | CASE NO. BK-S-08-16211-MKN<br>Chapter 7<br><br>Date: N/A<br>Time: N/A<br>Ctrm:<br>    Foley Federal Building<br>    300 Las Vegas Blvd. South<br>    Las Vegas, NV 89101<br>Judge: Hon. Mike K. Nakagawa |

### REQUEST FOR SPECIAL NOTICE AND TO BE ADDED TO THE MASTER MAILING MATRIX

PLEASE TAKE NOTICE that Attorneys for the Chapter 7 Panel Trustee, James F. Lisowski, Sr., hereby requests that notice of all events relevant to the bankruptcy case of RAYMOND T. STRATTON, and copies of all notices, pleadings and other documents filed in this case, including all pleadings or notices to be given under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on its attorneys as follows:

Christine A. Roberts, NV SBN 6472  
228 South Fourth Street, First Floor  
Las Vegas, NV 89101  
Email: roberts@shlaw.com

/ / /

/ / /

::ODMA\PCDOCS\PCDOCS\287004\1                1

1  In addition, Chapter 7 Panel Trustee James F. Lisowski, Sr. requests that its attorneys be
2  added to the Master Mailing Matrix in this case and, as said attorneys of record, that we receive
3  notice of all proceedings in this matter.

4  Dated:    July 30, 2008                    SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                               A Professional Law Corporation

                                               By: /s/ Christine A. Roberts
                                               CHRISTINE A. ROBERTS, ESQ.
                                               Attorneys for Chapter 7 Panel Trustee,
                                               James F. Lisowski, Sr.